Case 1:08-cv-03698    Document 3    Filed 06/27/2008    Page 1 of 1

FILED: JUNE 27, 2008
08CV3698
JUDGE ZAGEL
MAGISTRATE JUDGE DENLOW
EDA

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| BOLLINGER RUBERRY & GARVEY v. DAN FORMELLER and JAMES BORCIA | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BOLLINGER, RUBERRY & GARVEY

| | |
|---|---|
| NAME (Type or print) EDWARD F. RUBERRY | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ EDWARD F. RUBERRY | |
| FIRM BOLLINGER, RUBERRY & GARVEY | |
| STREET ADDRESS 500 W. Madison Ave. Ste. 2300 | |
| CITY/STATE/ZIP Chicago, IL 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 13507 | TELEPHONE NUMBER 312-466-8000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |