IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOLLINGER, RUBERRY & GARVEY, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DAN FORMELLER and JAMES BORCIA, ) <br> ) <br> Respondents. ) <br> _____) | Case No.: 1:08-CV-3698 |

### NOTICE OF EMERGENCY MOTION

**TO**: Dan Formeller and James Borcia, Tressler, Soderstrom, Maloney & Priess, Sears Tower, 233 S. Wacker Dr., 22nd Fl., Chicago, IL 60606

On July 1, 2008 at 10:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James B. Zagel, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2503 of the Everett McKinley Dirksen, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and then and there shall present **BOLLINGER, RUBERRY & GARVEY'S EMERGENCY MOTION TO COMPEL COMPLIANCE WITH AND/OR ENFORCEMENT OF SUBPOENAS TO DAN FORMELLER AND JAMES BORCIA** a copy of which is attached hereto and served upon you.

**BOLLINGER, RUBERRY & GARVEY**

By: /s/ Perry M. Shorris, Esq.
Perry M. Shorris, Esq.

Edward F. Ruberry, Esq.
Perry M. Shorris, Esq.
Bollinger Ruberry & Garvey
Suite 2300
500 West Madison
Chicago, IL 60661-2511
(312) 466-8000
Atty. No. 13507

## PROOF OF SERVICE

      Under penalties as provided by law, the undersigned, an attorney, on oath states that I had this Notice and the referenced documents served via hand delivery on Dan Formeller and James Borcia, Tressler, Soderstrom, Maloney & Priess, Sears Tower, 233 S. Wacker Dr., 22nd Fl., Chicago, IL 60606 on June 30, 2008 on or before 5:00 p.m.

                By:   /s/ Perry M. Shorris, Esq.
                        Perry M. Shorris, Esq.