# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### CASE NO. 1:08-CV-3698
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Jeremy Rosignal**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

    ( **X** ) Summons & Complaint
    (   ) Citation to Discover Assets
    (   ) Rule to Show Cause
    (   ) Subpoena
    ( **X** ) Other: **Notice of Motion; Bollinger, Ruberry &**
**Garvey's Emergency Motion to Compel Compliance with and/or**
**Enforcement of Subpoenas to Dan Formeller and James Borcia**

1.    ( **X** ) By leaving a copy with the named party, **Dan Formeller** personally on **June 30, 2008**.

2.    (   ) On the within named party, --------, by leaving a copy with --------, --------, who states that they are a member of the household on --------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on --------.

3.    (   ) On the within party, -------- by leaving a copy with  --------, on --------, and informed that person of the contents thereof.

4.    ( **X** ) That the sex, race and approximate age of the person with whom he left the documents were as follows:
SEX: **Male**            RACE: **Caucasian**            APPROXIMATE AGE: **65**

5.    ( **X** ) That the place where and the time of day when the documents were served were as follows:
PLACE: **Tressler, Soderstrom, Maloney & Priess, Sears Tower, 233 S. Wacker Dr., 22nd Fl., Chicago, IL 60606**
TIME OF DAY: **2:50 PM**

6.    (   ) That he was unable to serve the within named party -------- located at --------- for the reason: --------

Signed and Sworn to before me
This **1**st day of **July 2008**.

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

Jeremy Rosignal
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885