IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOLLINGER, RUBERRY & GARVEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 1:08-CV-3698 |
| ) | |
| DAN FORMELLER and JAMES BORCIA, ) | |
| ) | |
| Respondents. ) | |
| ) | |

## RENOTICE OF EMERGENCY MOTION

On July 10, 2008 at 10:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James B. Zagel, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2503 of the Everett McKinley Dirksen, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and then and there shall present **BOLLINGER, RUBERRY & GARVEY'S EMERGENCY MOTION TO FOR REASSIGNMENT OF CASE NO 1:08-CV-3795 TO THIS COURT AS A CASE RELATED TO CASE NO 1:08-CV-3698**, a copy of which was previously filed with the Court and served on all parties on July 3, 2008.

**BOLLINGER, RUBERRY & GARVEY**

　　　　　　　　/s/ Anthony G. Barone
　　　　　　　　One of its attorneys

Anthony G. Barone
Barone & Jenkins, P.C.
635 Butterfield Road, Suite 145
Oakbrook Terrace, Illinois 60181
(630) 472-0037 (telephone)

**CERTIFICATE OF SERVICE**

This is to certify that the attached document was filed electronically on July 8, 2008, in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Additionally, under penalties as provided by law, the undersigned, an attorney, on oath states that I had this Notice served via facsimile on to the individuals set forth on the below listed Service List on July 8, 2008 on or before 5:00 p.m.

      /s/ Anthony G. Barone

**SERVICE LIST**

For Fireman's Fund Insurance Company:

Anne O'Niell
Hinshaw & Culbertson
One California Street
18th Floor
San Francisco, California 94111
Fax: 415-834-9070

Jeffrey Ward
Thompson Joss & Judge
Two Lafayette Centre, 1133 21st Street, NW
Suite 450
Washington, DC 20036
Fax: 202-778-4099

For Philadelphia Insurance Company:

Randall G. Block
Sedgwick, Detert, Moran & Arnold LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Fax: 415-781-2635