**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Bollinger, Ruberry & Garvey
                                            Plaintiff,

v.                                                              Case No.: 1:08−cv−03698
                                                                Honorable James B. Zagel

Dan Formeller, et al.
                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

   MINUTE entry before the Honorable James B. Zagel: Motion hearing held on 7/8/2008. MOTION by Plaintiff Bollinger, Ruberry & Garvey to reassign case 08 C 3795 as related [12] is granted. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.