IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOLLINGER, RUBERRY & GARVEY, | ) | |
| | ) | |
| Petitioner, | ) | Case No.: 1:08-CV-3795 |
| | ) | |
| v. | ) | Reassigned to Judge Zagel |
| | ) | |
| PHILADELPHIA INSURANCE COMPANY and | ) | FILED IN CASE # |
| FIREMAN'S FUND INSURANCE COMPANY | ) | 1:08-CV-3698 |
| | ) | |
| Respondents. | ) | |
| | ) | |

## NOTICE OF EMERGENCY MOTION

On <u>July 10, 2008</u> at <u>10:15</u> a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James B. Zagel, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2503 of the Everett McKinley Dirksen, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and then and there shall present **BOLLINGER, RUBERRY & GARVEY'S EMERGENCY MOTION TO COMPEL COMPLIANCE WITH AND/OR ENFORCEMENT OF SUBPOENA TO PHILADELPHIA INSURANCE COMPANY** a copy of which is attached hereto and served upon you.

                                                  **BOLLINGER, RUBERRY & GARVEY**

                                                  /s/ Perry M. Shorris
                                                    One of its attorneys

Edward F. Ruberry
Perry M. Shorris
BOLLINGER, RUBERRY & GARVEY
500 West Madison Street
Suite 2300
Chicago, Illinois 60661
(312) 466-8000 (telephone)
(312) 466-8001 (fax)

Anthony G. Barone
Barone & Jenkins, P.C.
635 Butterfield Road, Suite 145
Oakbrook Terrace, Illinois  60181
(630) 472-0037 (telephone)

**CERTIFICATE OF SERVICE**

This is to certify that the attached document was filed electronically on July 9, 2008, in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Additionally, under penalties as provided by law, the undersigned, an attorney, on oath states that I had this Notice and the referenced documents served via facsimile on to the individuals set forth on the below listed Service List on July 9, 2008 on or before 5:00 p.m.

      /s/ Perry M. Shorris

**SERVICE LIST**

For Fireman's Fund Insurance Company:

Anne O'Niell
Hinshaw & Culbertson
One California Street
18th Floor
San Francisco, California 94111
Fax: 415-834-9070

Jeffrey Ward
Thompson Joss & Judge
Two Lafayette Centre, 1133 21st Street, NW
Suite 450
Washington, District of Columbia 20036
Fax: 202-778-4099

For Philadelphia Insurance Company:

Randall G. Block
Sedgwick, Detert, Moran & Arnold LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California  94105
Fax: 415-781-2635