IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOLLINGER, RUBERRY & GARVEY, | ) | |
| | ) | |
| Petitioner, | ) | Case No.: 1:08-CV-3795 |
| | ) | |
| v. | ) | Reassigned to Judge Zagel |
| | ) | |
| PHILADELPHIA INSURANCE COMPANY and | ) | FILED IN CASE # |
| FIREMAN'S FUND INSURANCE COMPANY | ) | 1:08-CV-3698 |
| | ) | |
| Respondents. | ) | |
| | ) | |

## NOTICE OF FILING

NOW COMES Plaintiff, BOLLINGER, RUBERRY & GARVEY, by and through its counsel, Anthony G. Barone, Esq., and hereby files the attached Notice of Emergency Motion with Proof of Service by Hand Delivery.

                                              **BOLLINGER, RUBERRY & GARVEY**

                                                    /s/ Perry M. Shorris
                                                   One of its attorneys

Edward F. Ruberry
Perry M. Shorris
BOLLINGER, RUBERRY & GARVEY
500 West Madison Street
Suite 2300
Chicago, Illinois 60661
(312) 466-8000 (telephone)
(312) 466-8001 (fax)

Anthony G. Barone
Barone & Jenkins, P.C.
635 Butterfield Road, Suite 145
Oakbrook Terrace, Illinois  60181
(630) 472-0037 (telephone)

## **CERTIFICATE OF SERVICE**

This is to certify that the attached document was filed electronically on July 9, 2008, in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                       /s/ Perry M. Shorris

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOLLINGER, RUBERRY & GARVEY, | ) | |
| | ) | |
| Petitioner, | ) | Case No.: 1:08-CV-3795 |
| | ) | |
| v. | ) | Reassigned to Judge Zagel |
| | ) | |
| PHILADELPHIA INSURANCE COMPANY and | ) | FILED IN CASE # |
| FIREMAN'S FUND INSURANCE COMPANY | ) | 1:08-CV-3698 |
| | ) | |
| Respondents. | ) | |
| | ) | |

## NOTICE OF EMERGENCY MOTION

On <u>July 10, 2008</u> at <u>10:15</u> a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James B. Zagel, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2503 of the Everett McKinley Dirksen, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and then and there shall present **BOLLINGER, RUBERRY & GARVEY'S EMERGENCY MOTION TO COMPEL COMPLIANCE WITH AND/OR ENFORCEMENT OF SUBPOENA TO PHILADELPHIA INSURANCE COMPANY** a copy of which is attached hereto and served upon you.

                **BOLLINGER, RUBERRY & GARVEY**

                 /s/ Perry M. Shorris
                 One of its attorneys

Edward F. Ruberry
Perry M. Shorris
BOLLINGER, RUBERRY & GARVEY
500 West Madison Street
Suite 2300
Chicago, Illinois 60661
(312) 466-8000 (telephone)
(312) 466-8001 (fax)

Anthony G. Barone
Barone & Jenkins, P.C.
635 Butterfield Road, Suite 145
Oakbrook Terrace, Illinois 60181
(630) 472-0037 (telephone)

**CERTIFICATE OF SERVICE**

This is to certify that the attached document was filed electronically on July 9, 2008, in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Additionally, under penalties as provided by law, the undersigned, an attorney, on oath states that I had this Notice and the referenced documents served via hand delivery on Philadelphia Insurance Company, 1220 Bond Street, Ste. 100, Naperville, IL 60563 on July 9, 2008 on or before 5:00 p.m.

/s/ Perry M. Shorris