IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOLLINGER, RUBERRY & GARVEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 1:08-CV-3698 |
| ) | |
| DAN FORMELLER and JAMES BORCIA, ) | |
| ) | |
| Respondents. ) | |
| ) | |

**NOTICE OF EMERGENCY MOTION**

**TO**: James Borcia, Tressler, Soderstrom, Maloney & Priess, Sears Tower, 233 S. Wacker Dr., 22nd Fl., Chicago, IL 60606

On July 24, 2008 at 10:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James B. Zagel, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2503 of the Everett McKinley Dirksen, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and then and there shall present **BOLLINGER, RUBERRY & GARVEY'S EMERGENCY MOTION TO COMPEL COMPLIANCE WITH AND/OR ENFORCEMENT OF SUBPOENA TO JAMES BORCIA**, a copy of which has been served on you.

**BOLLINGER, RUBERRY & GARVEY**

/s/ Kevin M. Lougachi
One of its attorneys

Edward F. Ruberry, Esq.
Perry M. Shorris, Esq.
Kevin M. Lougachi
Bollinger Ruberry & Garvey
Suite 2300
500 West Madison
Chicago, IL 60661-2511
(312) 466-8000
Atty. No. 13507

## **CERTIFICATE OF SERVICE**

This is to certify that the attached document was filed electronically on July 23, 2008, in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Additionally, under penalties as provided by law, the undersigned, an attorney, on oath states that I had this Notice and the referenced documents served via hand delivery on James Borcia, Tressler, Soderstrom, Maloney & Priess, Sears Tower, 233 S. Wacker Dr., 22nd Fl., Chicago, IL 60606 on July 23, 2008 on or before 5:00 p.m.

/s/ Kevin M. Lougachi
Kevin M. Lougachi, Esq.