JUL-01-08 TUE 04:41 PM    EXCEL                    FAX NO. 7084448329                P. 04/10

## IN THE CIRCUIT COURT OF NORTHERN DISTRICT OF ILLINOIS

Bollinger, Ruberry & Garvey

Plaintiff(s)            Court No.: 08 CV 3698

VS.

Dan Formeller, et al.,

Defendant(s)

### AFFIDAVIT OF SPECIAL PROCESS SERVER

**Chris Zenner**, being first duly sworn on oath, deposes and says that he/she was appointed by the court to serve process in the above mentioned cause and/or is a special appointed process server, a licensed private investigator, and/or an employee/agent of Excel Investigations, Department of Professional Regulation number 117-000898.

Type of Process: Summons and Amended Complaint with Notice of Emergency Motion

Defendant to be served: James Borcia, Tressler, Soderstrom, Maloney & Priess

(SERVED)/NON-SERVED the within named defendant on: 6/30/08 @ 6:43 AM/(PM)

ADDRESS WHERE ATTEMPTED OR SERVED: 1116 Jessica Ln
Libertyville, Illinois 60048

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age 14   Gender M/(F)   Race Caucasian   Height 5-10   Weight 101-125   Hair Brown   Glasses Y/(N)

___ INDIVIDUAL SERVICE by delivering to the within named defendant a copy of this process personally. The defendant confirmed that she/he resides at the above address.

X SUBSTITUTE SERVICE by leaving a copy of this process at his/her usual place of abode with: Kayliegh Borcia
(Relationship): daughter, a person residing therein who is the age of 13 years or upwards confirmed the defendant resides at the above address and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on 7/1/08.

___ CORPORATE OR GOVERNMENT SERVICE by leaving a copy of this process with _____
(Title) _____, a person authorized to accept service and informed that person of the contents thereof.

___ POSTED

___ NON-SERVICE for the reason that after diligent investigation found _____

Additional Comments Kayliegh's DOB is 5/31/1994 & house number (847) 567-7022

I certify that I am a United States citizen, over the age of 18 and not a party to nor otherwise interested in the above action.

Subscribed and sworn before me on this _____ day of _____, 2008

OFFICIAL SEAL
ANN GURTLER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 04/02/11

Signature of Process Server

Job ID: 456390